UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY
CASE NO.: _____

AMERICAN PRESIDENT LINES LTD.,

    Plaintiff,

vs.

AQUANITA LLC d/b/a AQUANITA
FOODS and MATTHEW PEREZ,

    Defendant.

_____/

## NOTICE OF REMOVAL OF CIVIL ACTION

    Pursuant to 28 U.S.C. §§ 1331, 1332, 1333, 1441, and 1446, Defendants Aquanita LLC d/b/a Aquanita Foods ("Aquanita") and Matthew Perez (hereinafter "Defendants") hereby remove this action to the United States District Court for the Southern District of Florida, based on the facts set forth below:

    1.    On or about November 18, 2015, Plaintiff American President Lines Ltd. filed its Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Dade County, Case Number 15-26898-CA-01. Defendants were served on or about November 23, 2015. A copy of the Summons and Complaint (with appended Exhibits), is attached hereto as **EXHIBIT 1**.

    2.    Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days after service of the Summons and Complaint upon Defendants and less than one year after commencement of the action.

    3.    Plaintiff's claims arise from, *inter alia*, a marine cargo claim based upon international carriage of a cargo of frozen tilapia filets from China to the United States.

Accordingly, the U.S. Carriage of Goods by Sea Act (hereinafter "COGSA") applies *ex proprio vigore* and is compulsorily applicable to all contracts for carriage of goods by sea to or from ports of the United States in foreign trade. *See* 46 U.S.C. §§ 1300-1315; 28 U.S.C. 1331 (providing for original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States); *see also, Cont'l Ins. Co. v. Kawasaki Kisen Kasha, Ltd.*, 542 F. Supp. 2d 1031, 1035 (N.D. Cal. 2008) ("Although COGSA is 'silent on its preemptive scope,' the text of the statute implies that Congress intended for COGSA to supersede other laws and provide an exclusive remedy.")(citations omitted, collecting cases).

4. Alternatively, removal is also available and appropriate pursuant to 28 U.S.C. § 1332. Plaintiff in its Complaint claims damages in an amount of no less than USD 283,000.00. See EXHIBIT 1, Complaint at ¶ 38. Accordingly, the jurisdictional amount of USD 75,000 is substantially exceeded. Furthermore, complete diversity is met as Plaintiff is a "foreign business entity" and Defendants are based in Florida. *Id.*, at ¶¶ 2-4. As, there is complete diversity of citizenship in respect of the breach of contract claim, there is no impediment to removal under 28 U.S.C. § 1441(b).

5. Written notice of the filing of this Notice of Removal is being promptly served on Plaintiff and on the Clerk of Court for Circuit Court of the Eleventh Judicial Circuit in and for Dade County, both as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants respectfully request that this Court accept and retain removal jurisdiction over this action.

> Respectfully submitted,
>
> CHALOS & CO, P.C.
> *Attorneys for Defendants*
> AQUANITA LLC, d/b/a AQUANITA FOODS
> and MATTHEW PEREZ
>
> s/ Michelle Otero Valdes

>Michelle Otero Valdes, Esq.
>Florida Bar No. 14990
>2030 DOUGLAS ROAD, SUITE 117
>CORAL GABLES, FL 33134
>Tel: (305) 377-3700
>Fax: (866) 702-4577
>Primary E-mail: mov@miamimaritimelaw.co
>Secondary E-mail: admin@miamimaritimelaw.co

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF and through email.

>By: s/ Michelle Otero Valdes

## AMERICAN PRESIDENT LINES LTD. v. AQUANITA LLC, *et al.*
### Case Number: 1:15-cv-
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
### SERVICE LIST

Jonathan S. Cooper, Esq.
Blanck & Cooper, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Facsimile (305) 663-0146
Email: jcooper@shiplawusa.com